IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01444-BNB

EDWARD O. THACKER,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of Colo. D.O.C.,

    Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 9 2007

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Plaintiff, Edward O. Thacker, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. He submitted to the Court *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On August 6, 2007, Magistrate Judge Boyd N. Boland granted the motion pursuant to 28 U.S.C. § 1915 (2006), required Mr. Thacker to pay the full amount of the $350.00 filing fee in installments, and directed him to pay an initial partial filing fee of $16.00 within thirty days or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. The August 6 order warned Mr. Thacker that if he failed by the designated deadline to have the $16.00 initial partial filing fee sent to the clerk of the Court or to show cause why he has no assets and no

means by which to pay the initial partial filing fee, the complaint would be dismissed without further notice.

Mr. Thacker has failed within the time allowed to pay the $16.00 initial partial filing fee, to show cause why he is unable to do so, or otherwise to communicate with the Court in any way.  Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $16.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this _18_ day of _____Sept._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01444-BNB

Edward O. Thacker
Prisoner No. 59942
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700


     I hereby certify that I have mailed **ORDER AND JUDGMENT** to the above-named individuals on _9-19-7_


GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk